IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2-25CR0018-Z |
| v. | |
| ADAN MUNOZ-LUGO | |

FEB 20 2025 PM1:37
FILED - USDC - NDTX - AM

## INDICTMENT

The Grand Jury Charges:

### Count One
### Possession with Intent to Distribute
### 50 Grams or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

On or about December 19, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Adan Munoz-Lugo**, defendant, did intentionally and knowingly possess with intent to distribute 50 grams and more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Two</u>
Alien in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(8))

On or about December 19, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Adan Munoz-Lugo**, defendant, then being an alien illegally and unlawfully in the United States, did knowingly possess in and affecting interstate and foreign commerce a firearm, that is, a Springfield, model XD-9, 9mm semiautomatic pistol, serial number XD186532, defendant knowing he is an alien illegally and unlawfully in the United States.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

<u>Count Three</u>
Possession of a Firearm in Furtherance
of a Drug Trafficking Crime
(Violation of 18 U.S.C. §§ 924(c)(1)(A) and 924(c)(1)(A)(i))

On or about December 19, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Adan Munoz-Lugo**, defendant, did knowingly possess a firearm, to wit, a Springfield, model XD-9, 9mm semiautomatic pistol, serial number XD186532, in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute 50 Grams and More of Methamphetamine, as charged in count one of this indictment, offenses for which he may be prosecuted in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A), the penalty for which is found in Title 18, United States Code, Section 924(c)(1)(A)(i).

**Adan Munoz-Lugo**
**Indictment - Page 3**

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d), 21 U.S.C. § 853(a) and 28 U.S.C. § 2461(c))

Upon conviction of any of the counts charged in this indictment, and pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(a), defendant, **Adan Munoz-Lugo**, shall forfeit to the United States of America any property constituting, or derived from, any proceeds the defendant(s) obtained, directly or indirectly, as a result of the offense(s); any of the property used, or intended to be used, in any manner or part, by the defendant(s) to commit, or to facilitate the commission of the offense(s); and any firearm and ammunition involved in or used in any knowing violation of the charged offense(s), including, but not limited to, the following:

(1) a Springfield, model XD-9, 9mm semiautomatic pistol, serial number XD186532; and

(2) all other property seized by the Texas Department of Public Safety and Homeland Security Investigations on or about December 12, 2024.

Pursuant to 21 U.S.C. § 853(p), if any of the property described above, as a result of any act or omission of the defendant(s):

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the forfeitable property described above.

A TRUE BILL:

_____
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446

Telephone:  806-324-2356
Facsimile:  806-324-2399
E-Mail:     anna.bell@usdoj.gov

**Adan Munoz-Lugo**
**Indictment - Page 5**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

ADAN MUNOZ-LUGO

INDICTMENT

| | |
|---|---|
| COUNT 1: | POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE<br>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii). |
| COUNT 2: | ALIEN IN POSSESSION OF A FIREARM<br>Title 18, United States Code, Sections 922(g)(1) and 924(a)(8). |
| COUNT 3: | POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>Title 18, United States Code, Section 924(c)(1)(A). |

(3 COUNTS and FORFEITURE NOTICE)

A true bill rendered:

Amarillo _____ Foreperson

Filed in open court this __20th__ day of __February__ A.D. 2025.

_____ Clerk

DEFENDANT IN FEDERAL CUSTODY
(Complaint filed 2/5/2025 – 2:25-MJ-19)

_____
UNITED STATES MAGISTRATE JUDGE