IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

ADAN MUNOZ-LUGO (01)

NO. 2:25-CR-018-Z (01)

## FACTUAL RESUME

In support of Adan Munoz-Lugo's plea of guilty to the offense in Count Two of the indictment, Munoz-Lugo, the defendant, Christopher Hesse, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Two of the indictment, charging a violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(8), that is, Alien in Possession of a Firearm, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That the defendant knowingly possessed a firearm as charged in the indictment;

*Second.* That at the time he possessed the firearm, the defendant was an alien who had been admitted to the United States under a nonimmigrant visa or was an alien illegally and unlawfully in the United States; and

*Third.* That the firearm possessed traveled in interstate or foreign commerce; that is, before the defendant possessed the firearm, it had traveled at some time from one state to another or between any part of the United States and any other country.

---

[1] Fifth Circuit Pattern Jury Instruction 2.43D - modified (5th Cir. 2024 ed.).

Adan Munoz-Lugo
Factual Resume—Page 1

## STIPULATED FACTS

1. On or about December 19, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, Adan Munoz-Lugo, defendant, knowing he was an alien illegally and unlawfully in the United States or an alien who had been admitted to the United States under a nonimmigrant visa, did knowingly possess in and affecting interstate and foreign commerce, a firearm, to wit, a Springfield, model XD-9, 9mm semiautomatic pistol, serial number XD186532, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

2. On December 12, 2024, Texas Department of Public Safety (DPS) and Homeland Security Investigations (HSI) conducted an undercover operation to identify, locate, and arrest individuals seeking to sexually exploit minor children. During the undercover operation, the defendant, Adan Munoz-Lugo, agreed to meet an undercover law enforcement agent (UCA) for sex acts believing that the UCA was a 16-year-old minor.

3. On December 19, 2024, Munoz-Lugo agreed to meet the UCA at John Stiff Park in Amarillo, Texas. At approximately 2:25 p.m., officers observed Munoz-Lugo arrive at the meet location driving a blue Chevrolet Silverado. A few minutes later, a DPS trooper observed the truck driving near the intersection of Bell and 34th Street. The trooper noticed that the truck had illegal tint on the tail lamps and a defective high-mounted stop lamp, both of which are violations of the Texas Transportation Code. The trooper conducted a traffic stop of the truck for the violations. Munoz-Lugo was the driver and sole occupant of the truck.

4. During the traffic stop, the trooper detected a strong odor of marijuana emitting from the truck's interior. The trooper also observed a black Springfield, model XD-9, 9mm semiautomatic pistol, serial number XD186532, protruding from under the driver's seat. Munoz-Lugo was taken into custody and transported to the DPS office for an interview.

5. An agent conducted an interview with Munoz-Lugo after reading Munoz-Lugo his *Miranda* warnings. Munoz-Lugo waived his rights and agreed to make a statement. During the interview, Munoz-Lugo admitted to possessing the firearm found inside his vehicle. Munoz-Lugo stated that he knew he was not supposed to possess a firearm due to his immigration status.

6. A check on Munoz-Lugo's immigration status was run by HSI Agents. The records check revealed that Munoz-Lugo is, and was on December 19, 2024, a citizen and national of Mexico and was unlawfully present in the United States on December 19, 2024.

7. Munoz-Lugo admits that he knowingly possessed the Springfield, model XD-9, 9mm semiautomatic pistol, serial number XD186532. Munoz-Lugo further admits that that the firearm functioned as designed and therefore was, or could readily have been put in, operating condition.

8. Further, Munoz-Lugo admits that the Springfield, model XD-9, 9mm semiautomatic pistol, serial number XD186532, was not manufactured in Texas, and, therefore, must have traveled in or affected interstate or foreign commerce; that is, before the defendant possessed the firearm, it had traveled at some time between any part of the

United States or a foreign country if the firearm was found in Texas on December 19, 2024. The Springfield XD-9 was manufactured in Croatia and was imported into the United States by Springfield Armory, Inc. Therefore, the Springfield XD-9 traveled between any part of the United States or a foreign country if the firearm was found in Texas on December 19, 2024.

9. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Two of the indictment.

10. The defendant further admits and agrees that the above-described firearm, along with any ammunition, magazines and/or accessories recovered with the firearm and all other property seized by the DPS on December 19, 2024 are subject to forfeiture pursuant to 21 U.S.C. § 853(a).

AGREED TO AND STIPULATED on this 2nd day of May, 2025.

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
Adan Munoz-Lugo
Defendant

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
300 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov

_____
Christopher Hesse
Attorney for Defendant

Adan Munoz-Lugo
Factual Resume—Page 4